# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| EDWARD J. KOELLER, individually and on behalf of all others similarly situated, | Case No.   4:25-cv-00865-JMD |
| Plaintiff, | |
| v. | **JURY TRIAL DEMANDED** |
| WATERFALL SECURITY SOLUTIONS USA INC., | |
| Defendant. | |

## NOTICE OF APPEARANCE

Anthony I. Paronich filed this Notice of Appearance on behalf of the plaintiff.

Dated: January 9, 2026          PLAINTIFF, on behalf of himself and others similarly situated,

*/s/ Anthony Paronich*
Anthony Paronich
Email:  anthony@paronichlaw.com
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone:  (617) 485-0018
Facsimile:  (508) 318-8100