IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| EDWARD J. KOELLER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>WATERFALL SECURITY SOLUTIONS USA INC.,<br><br>Defendant. | Case No.   4:25-cv-00865-JMD<br><br>**JURY TRIAL DEMANDED** |

**MOTION TO WITHDRAW COUNSEL FOR DEFENDANT**

COMES NOW Defendant, Waterfall Security Solutions USA Inc., and hereby provides notice of withdrawal of the previously filed notice of appearance for Martha Kohlstrand and hereby requests that Martha Kohlstrand's name be removed from all mailing and service lists regarding this case.  Defendant will continue to be represented in this matter by the law firm of Bryan Cave Leighton Paisner LLP.

DATED: March 5, 2026

                                                         BRYAN CAVE LEIGHTON PAISNER LLP

                                                         By: */s/ Martha Kohlstrand*
                                                         Martha Kohlstrand, Esq
                                                         Attorney for Defendant
                                                         *WATERFALL SECURITY SOLUTIONS USA INC..*
                                                         90 S. Cascade Avenue Suite 1300y
                                                         Colorado Springs, CO 80903
                                                         (303) 417-8516
                                                         martha.kohlstrand@bclplaw.com