**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| EDWARD J. KOELLER, individually and on behalf of all others similarly situated, | ) ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 4:25-cv-00865-JMD |
| v. | ) |
| | ) |
| WATERFALL SECURITY SOLUTIONS USA INC., | ) ) |
| | ) |
| Defendant. | ) |

## JOINT STATUS REPORT AND MOTION TO FURTHER EXTEND DEADLINES

On March 31, the Court granted the parties' motion to stay the case pending the completion of mediation and to continue certain deadlines in order to allow the mediation to be completed. Pursuant to that order, the parties provide this status update.

The parties have engaged mediator Brad Winters and have scheduled a mediation session for June 25. The parties were unable to schedule the mediation sooner due to the mediator's busy calendar and defense counsel's trial schedule. In the meantime, the parties are currently working diligently to exchange the information necessary to make that mediation meaningful and maximize the chances of reaching an agreement.

Accordingly, the parties respectfully request that the Court set another status conference to take place after June 25, and to extend the existing deadlines for the completion of the first phase of discovery (currently May 29) to July 16 and for dispositive motions to as to whether Plaintiff qualifies as a "residential subscriber" under the TCPA (currently June 22) to August 6.

RESPECTFULLY SUBMITTED AND DATED this May 15, 2026.

/s/ Cassandra P. Miller
Cassandra P. Miller
STRAUSS BORRELLI PLLC
One Magnificent Mile
980 N. Michigan Avenue, Suite 1610
Chicago, IL 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
cmiller@straussborrelli.com

AND

Anthony I. Paronich
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Tel: 617-485-0018
Fax: 508-318-8100
anthony@paronichlaw.com

*Attorneys for Plaintiff and proposed class*

/s/ Darci F. Madden
Darci F. Madden, 51463MO
BRYAN CAVE LEIGHTON PAISNER LLP
One Metropolitan Square
211 North Broadway, Suite 3600
St. Louis, MO 63102
Phone: (314) 259-2000
Fax: (314) 259-2020

AND

Janessa Jean Jacques (*Pro Hac Vice Pending*)
BRYAN CAVE LEIGHTON PAISNER LLP
Two North Central Avenue
Suite 2100
Phoenix, AZ 85004-4406

*Attorneys for Defendant Waterfall Security Solutions USA Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 15th day of May 2026, the foregoing was filed using the Court's CM/ECF system, which will serve notice upon all counsel of record.

/s/ Darci F. Madden

Darci F. Madden

3