**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

EDWARD J. KOELLER, individually and
on behalf of all others similarly situated,

                    Plaintiff,

   v.

WATERFALL SECURITY
SOLUTIONS USA INC.,

                    Defendant.

Case No. 4:25-cv-00865-JMD

Honorable District Judge Joshua M. Divine

## <u>JOINT NOTICE OF SETTLEMENT</u>

HERE COMES NOW Plaintiff, Edward J. Koeller, and Defendant, Waterfall Security Solutions USA Inc. ("the Parties"), by and through their undersigned counsel, to notify this Court that the Parties have reached an agreement in principle on the material terms of an individual settlement that will resolve this action in its entirety.

The Parties anticipate filing a Stipulation of Dismissal within sixty (60) days and respectfully requests that the Court stay all pending hearing dates and deadlines during that time.

*[Counsel signatures to follow on next page.]*

1

RESPECTFULLY SUBMITTED this 25th day of June, 2026.

By */s/ Cassandra P. Miller*
Cassandra P. Miller (*pro hac vice*)
**STRAUSS BORRELLI PLLC**
One Magnificent Mile
980 N Michigan Avenue, Suite 1610
Chicago IL, 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
cmiller@straussborrelli.com

*Counsel for Plaintiff Edward J. Koeller*

*/s/ Darci F. Madden*
Darci F. Madden, 51463MO
**BRYAN CAVE LEIGHTON PAISNER LLP**
One Metropolitan Square
211 North Broadway, Suite 3600
St. Louis, MO 63102
Telephone: (314) 259-2000
Facsimile: (314) 259-2020
darci.madden@bclplaw.com

*Counsel for Defendant*
*Waterfall Security Solutions USA Inc.*

2

## <u>CERTIFICATE OF SERVICE</u>

I, Cassandra P. Miller, hereby certify that on June 25, 2026, I caused the foregoing to be electronically filed with the Court using the Court's CM/ECF system which will send an electronic copy to all parties and/or their counsel of record.

DATED this 25th day of June, 2026.

By */s/ Cassandra P. Miller*
Cassandra P. Miller (*pro hac vice*)
**STRAUSS BORRELLI PLLC**
One Magnificent Mile
980 N Michigan Avenue, Suite 1610
Chicago IL, 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
cmiller@straussborrelli.com

3