**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| EDWARD J. KOELLER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WATERFALL SECURITY SOLUTIONS USA INC.,<br><br>Defendant. | Case No. 4:25-cv-00865-JMD<br><br>Honorable District Judge Joshua M. Divine |

**STIPULATION OF DISMISSAL**

The parties, by and through their undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of Plaintiff's claims with prejudice and the dismissal of the claims of putative class members without prejudice, with each party to bear its own costs and attorney fees.

RESPECTFULLY SUBMITTED this 27th day of August, 2026.

*/s/ Cassandra P. Miller*
Cassandra P. Miller (*pro hac vice*)
**STRAUSS BORRELLI PLLC**
One Magnificent Mile
980 N Michigan Avenue, Suite 1610
Chicago IL, 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
cmiller@straussborrelli.com

*Counsel for Plaintiff Edward J. Koeller*

*/s/ Darci F. Madden*
Darci F. Madden, 51463MO
**BRYAN CAVE LEIGHTON PAISNER LLP**
One Metropolitan Square
211 North Broadway, Suite 3600
St. Louis, MO 63102
Telephone: (314) 259-2000
Facsimile: (314) 259-2020
darci.madden@bclplaw.com

*Counsel for Defendant*
*Waterfall Security Solutions USA Inc.*

**CERTIFICATE OF SERVICE**

I, Cassandra P. Miller, hereby certify that on August 27, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record via the ECF system.

DATED this 27th day of August, 2026.

Respectfully submitted,

*/s/ Cassandra P. Miller*

Cassandra P. Miller (*pro hac vice*)
**STRAUSS BORRELLI PLLC**
One Magnificent Mile
980 N Michigan Avenue, Suite 1610
Chicago IL, 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
cmiller@straussborrelli.com